## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**JAMES W. ROGERS**                                                    **PLAINTIFF**

**v.**                                           **CIVIL ACTION NO. 2:16-CV-197-KS-MTP**

**NATIONSTAR MORTGAGE LLC;**
**BANK OF AMERICA; COUNTRYWIE**
**HOME LOANS, INC.; XYZ CORPS. 1-**
**4, W. STEPHEN SCHAUB; AND JOHN**
**DOE AND JANE DOE 1-12**                                              **DEFENDANTS**

## ORDER

On February 1, 2017, Defendants ("Movants") filed their Motions to Dismiss [7][9]. Plaintiff ("Respondent") has until on or before **February 15, 2017**, to files responses to these motions. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movants wish to file a rebuttals, they may do so on or before **February 22, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movants or Respondent requires an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movants' original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondent's responses shall not exceed thirty-five (35) pages each. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the ___6th___ day of February, 2017.

                                              ___s/Keith Starrett_____
                                              KEITH STARRETT
                                              UNITED STATES DISTRICT JUDGE